IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

Bostik, Inc.

    Plaintiff,

 v.

J.E. Higgins Lumber Co. and Golden State Flooring

    Defendant.

_____/

CASE NO. C12-04021 MEJ

~~(Proposed)~~
**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

Frank W. DiCastri, whose business address and telephone number is

Foley & Lardner LLP
777 East Wisconsin Avenue, Milwaukee, WI 53202-5306
414.271.2400

and who is an active member in good standing of the bar of Illinois and Wisconsin having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Bostik, Inc.

  IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice.* Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing.*

Dated: August 6, 2012

                _____
                Judge Maria-Elena James
                United States Magistrate Judge