EILEEN R. RIDLEY CA Bar No. 151735
    eridley@foley.com
KRISTY K. MARINO CA Bar No. 241005
    KMarino@foley.com

**FOLEY & LARDNER LLP**
ATTORNEYS AT LAW
555 CALIFORNIA STREET, 17TH FLOOR
SAN FRANCISCO, CA  94104
TELEPHONE:     415.434.4484
FACSIMILE:      415.434-4507

FRANK W. DICASTRI [ADMITTED PRO HAC VICE]
    FDiCastri@foley.com

**FOLEY & LARDNER LLP**
ATTORNEYS AT LAW
777 EAST WISCONSIN AVENUE
MILWAUKEE, WI 53202-5306
TELEPHONE:     414.271.2400
FACSIMILE:      414.297.4900

Attorneys for Plaintiff Bostik, Inc.

RUBIN M. TURNER, CA BAR NO. 32360
    rturner@taflaw.net
D. LARENE PYLES, CA BAR NO. 73449
    lpyles@taflaw.net
JONATHAN M. DEER, CA BAR NO. 164837
    jdeer@taflaw.net
**TURNER AUBERT & FRIEDMAN LLP**
8383 Wilshire Boulevard, Suite 510
Beverly Hills, CA 90211
(323) 653-3900 (Telephone)
(323) 653-3021 (Telefax)
Attorneys for Golden State Flooring, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bostik, Inc., a Delaware Corporation<br><br>    Plaintiff,<br><br>    v.<br><br>J.E. Higgins Lumber Company, a California Corporation; Golden State Flooring, Inc., a California Corporation; and Does 1-50, inclusive,<br><br>    Defendants. | Case No:  C12-04021 SC<br><br>**STIPULATION AND ORDER OF DISMISSAL OF ACTION BY PLAINTIFF BOSTIK, INC. AS TO DEFENDANT GOLDEN STATE FLOORING, INC.**<br><br>Judge:     Hon. Samuel Conti<br>Date Complaint Filed:  July 31, 2012 |

Plaintiff BOSTIK, INC. and defendant GOLDEN STATE FLOORING, INC. hereby stipulate, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, as follows:

(1) All claims asserted in this action by plaintiff Bostik, Inc. as to defendant Golden State Flooring, Inc. shall be dismissed without prejudice.

(2) Each party shall bear its own costs, expenses and attorneys' fees.

IT IS SO STIPULATED.

Dated: October 11, 2012

**FOLEY & LARDNER LLP**
EILEEN R. RIDLEY
FRANK W. DICASTRI
KRISTY K. MARINO


By: /s/ KRISTY K. MARINO
    KRISTY K. MARINO
    Attorneys for Plaintiff Bostik, Inc.

Dated: October 11, 2012

**TURNER AUBERT & FRIEDMAN LLP**
RUBIN M. TURNER
D. LARENE PYLES
JONATHAN M. DEER


By: /s/ D. LARENE PYLES (WITH PERMISSION)
    D. LARENE PYLES
    Attorneys for Defendant Golden State Flooring, Inc.

IT IS SO ORDERED.

Dated: 10/12/12

By: _____
HON. SAMUEL CONTI
United States District Judge
Northern District of California

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Samuel Conti]*

2

**CERTIFICATE OF SERVICE**

I am employed in the **County of San Francisco**, **State of California**. I am over the age of 18 and not a party to this action; my current business address is **555 California Street, Suite 1700, San Francisco, CA 94104-1520**.

On **October 11, 2012**, I served the document(s) described as:

on the interested parties in this action as follows:

**STIPULATION AND ORDER OF DISMISSAL OF ACTION BY PLAINTIFF BOSTIK, INC. AS TO DEFENDANT GOLDEN STATE FLOORING, INC.]**

__X__   BY THE FOLLOWING MEANS:
I placed an original enclosed in sealed envelope(s) addressed as follows:

*Defendant J. E. Higgins Lumber Company

J.E. Higgins Lumber Company
6951 Southfront Road
Livermore, CA  94551-8221

__X__   BY MAIL
__X__   I am readily familiar with the firm's practice of collection and processing correspondence for mailing with the United States Postal Service; the firm deposits the collected correspondence with the United States Postal Service that same day, in the ordinary course of business, with postage thereon fully prepaid, at **San Francisco, California**. I placed the envelope(s) for collection and mailing on the above date following ordinary business practices.

__X__   Executed on **October 11, 2012**, at **San Francisco, California**.

__X__   I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

/S/ Kristy K. Marino
KRISTY K. MARINO