IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| BOSTIK, INC., | ) Case No. 12-4021 SC |
|---|---|
| Plaintiff, | ) DEFAULT JUDGMENT |
| v. | ) |
| J.E. HIGGINS LUMBER CO.; GOLDEN STATE FLOORING, INC.; and DOES 1-50, inclusive, | ) |
| Defendants. | ) |

In accordance with the Court's March 4, 2013 Order Granting Plaintiff's Application for Default Judgment, it is hereby ORDERED, ADJUDGED, and DECREED that Default Judgment in this action shall be entered in favor of PLAINTIFF Bostik, Inc. and against DEFENDANT J.E. Higgins Lumber Company, in the amount of $680,793.06. This amount consists of the following: $591,151.11 in unpaid contractual fees, $70,938.13 in interest, and $18,703.82 in attorneys' fees and costs.

IT IS SO ORDERED, ADJUDGED, and DECREED.

Dated: March 4, 2013

UNITED STATES DISTRICT JUDGE